# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DEBORAH ANNE FREDERICKS,

    Plaintiff(s),

v.

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,

    Defendant(s).

Case No.: 2:19-cv-00778-JAD-NJK

**Order**

[Docket No. 17]

Pending before the Court is a stipulation to stay discovery pending mediation, filed on December 4, 2019. Docket No. 17. The stipulation is premised on the desire to avoid discovery costs in the event the parties can reach a settlement at that mediation. *See id.* at 3. The discovery cutoff expires tomorrow, December 6, 2019. Docket No. 16. A meaningful showing of the discovery remaining is absent from the stipulation. Docket No. 17 at 2.[1] It is not in furtherance of the goals of Rule 1 of the Federal Rules of Civil Procedure to stay discovery at this late juncture when little (if any) discovery remains. *See, e.g.*, *Bank of N.Y. Mellon v. Pomeroy*, 2017 U.S. Dist. Lexis 179903, at *1 (D. Nev. Oct. 31, 2017).

---

[1] The stipulation references "the need to invest resources in form [sic] of experts." *Id.* The expert disclosure deadlines have already expired. The stipulation also references without elaboration "other additional necessary discovery." *Id.* Given that the stipulation was filed two days before the discovery cutoff, it is unclear what this additional discovery is. The stipulation elsewhere references a deposition scheduled for December 9, 2019, *see id.*, which is presumably a mistake given that date is after the discovery cutoff. *See* Fed. R. Civ. P. 29(b) (parties cannot extend the discovery cutoff without court approval). At any rate, the parties have not sufficiently explained why the cost of conducting a single deposition justifies a stay at this late stage.

1

While the Court declines to stay discovery, it will provide relief with respect to the dispositive motion deadline. That deadline will be extended 60 days to accommodate the mediation process.

Accordingly, the stipulation to stay discovery is **DENIED**. However, the deadline to file dispositive motions is **EXTENDED** to March 3, 2020 and the deadline to file a joint proposed pretrial order is **EXTENDED** to April 2, 2020.[2] A joint status report regarding the mediation must be filed by January 30, 2020.

IT IS SO ORDERED.

Dated: December 5, 2019

 Nancy J. Koppe
United States Magistrate Judge

---

[2] This deadline is suspended in the event dispositive motions are filed. *See* Local Rule 26-1(b)(5).