# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DEBORAH ANNE FREDERICKS,

    Plaintiff(s),

v.

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,

    Defendant(s).

Case No.: 2:19-cv-00778-JAD-NJK

**Order**

[Docket No. 19]

Pending before the Court is a motion to reopen discovery. Docket No. 19. The Court hereby **SETS** a hearing on that motion for 3:00 p.m. on January 2, 2020.

In addition, the motion and the exhibits thereto exceed 50 pages. As such, a courtesy copy must be submitted to the undersigned's box in the Clerk's Office by noon on December 23, 2020. *See* Local Rule IC 2-2(g).

IT IS SO ORDERED.

Dated: December 20, 2019

                                                                       _____
                                                                       Nancy J. Koppe
                                                                       United States Magistrate Judge