# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH ANNE FREDERICKS,<br>    Plaintiff(s),<br>v.<br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br>    Defendant(s). | Case No.: 2:19-cv-00778-JAD-NJK<br><br>**Order**<br><br>[Docket No. 32] |

Pending before the Court is a motion to continue the settlement conference, Docket No. 32, which is **GRANTED**. The settlement conference is reset for 9:30 a.m. on May 6, 2020. The settlement statements are due by 3:00 p.m. on April 29, 2020.

IT IS SO ORDERED.

Dated: February 19, 2020

                                                          Nancy J. Koppe
                                                          United States Magistrate Judge