# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH ANNE FREDERICKS,<br>    Plaintiff(s),<br>v.<br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br>    Defendant(s). | Case No.: 2:19-cv-00778-JAD-NJK<br><br>**Order**<br><br>[Docket No. 44] |

Pending before the Court is a stipulation to continue the settlement conference and to excuse the attendance of attorney Michael Hall.  Docket No. 32.  For good cause shown, the stipulation is **GRANTED**.  The settlement conference is reset for 9:30 a.m. on December 8, 2020.

IT IS SO ORDERED.

Dated: September 3, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1