1

2

**SOWD**
MICHAEL R. HALL
Nevada Bar No. 005978
mhall@lawhjc.com
STEPHEN D. STEELE
Nevada Bar No. 013965
ssteele@lawhjc.com

3

4

5

6

7

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

8

9

*Attorneys for Defendant, Travelers Casualty*
*Insurance Company of America*

10

**UNITED STATES DISTRICT COURT**

11

**DISTRICT OF NEVADA**

12

13

DEBORAH ANNE FREDERICKS,
individually,

CASE NO.  2:19-CV-00778-JAD-NJK

14

Plaintiff,

15

vs.

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

16

17

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA; DOES I-X; and
ROE CORPORATIONS I-X, inclusive,

ECF No. 56

18

19

Defendants.

20

IT IS HEREBY STIPULATED by and between the Plaintiff, Deborah Anne Fredericks,

21

by and through her attorneys of record, Alison M. Brasier, Esq., of HICKS & BRASIER, PLLC;

22

and Defendant Travelers Casualty Insurance Company of America, by and through its attorneys

23

of record, Michael R. Hall, Esq., and Stephen D. Steele, Esq., of HALL JAFFE & CLAYTON,

/ / /

24

/ / /

25

/ / /

26

/ / /

27

/ / /

28

/ / /

1

1  that this matter be dismissed with prejudice, each party to bear its each party to bear its own

2  costs and attorney fees.

3

4  DATED this 28th day of December, 2021.        DATED this 28th day of December, 2021.

5  HALL JAFFE & CLAYTON, LLP                     HICKS & BRASIER, PLLC

6

7  /s/ Stephen D. Steele, Esq.                   /s/ Alison M. Brasier, Esq.
   MICHAEL R. HALL                               ALISON M. BRASIER

8  Nevada Bar No. 005978                         Nevada Bar No. 010522
   STEPHEN D. STEELE                             2630 South Jones Blvd.

9  Nevada Bar No. 013965                         Las Vegas, Nevada 89146
   7425 Peak Drive                               *Attorneys for Plaintiff, Deborah Anne*

10 Las Vegas, Nevada 89128                       *Fredericks*
   *Attorneys for Defendant, Travelers Casualty*

11 *Insurance Company of America*

12                                  **ORDER**

13

14      Based on the parties' stipulation **[ECF No. 56]** and good cause appearing, IT IS
   HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear

15 its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

16

17   _____
     U.S. District Judge Jennifer A. Dorsey

18   Dated: December 29, 2021

19

20

21

22

23

24

25

26

27

28